IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL KANE, TOMMY FULLEN, and GIOVANNE SALDARIAGGA, | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO: 2:12-cv-06258 |
| GAMESA WIND US, LLC, ET AL., | : : : |
| Defendants. | : |

## ORDER

AND NOW, this ____ day of October, 2014, upon consideration of the Stipulation of Dismissal presented by counsel and the Settlement Agreement and Release of All Claims entered into by the Parties, IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement and Release of All Claims negotiated by the parties IS APPROVED.

2. The action is DISMISSED WITH PREJUDICE as to all Plaintiffs, each party to bear their own costs.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

4837921